**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 14, 2014.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-01113-CV

## WILBANKS & WILBANKS, P.C. AND H. ERWIN WILBANKS, Appellants

### V.

## KNJ ENTERPRISES, INC., Appellee

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-42583**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 5, 2013. On January 7, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.